PS-8
8/88

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Charles Milton Smith Jr.            Docket No. 7:18-CR-196-3FL

### Petition for Action on Conditions of Pretrial Release

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Charles Milton Smith Jr., who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 24th day of January, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 5, 2019, the probation officer conducted a personal home contact and requested the defendant submit to urine testing as ordered by the court. He was unable to void but admitted to using marijuana on or about February 27, 2019. He signed an admission of drug use statement and understood he had violated the conditions of his pretrial release. As such, it is recommended he remain on bond but be required to participate in substance abuse treatment and continued testing at our outpatient treatment provider. The defendant has signed a Waiver of Hearing form agreeing to a modification to the conditions of pretrial release which shall require him to participate in substance abuse treatment.

**PRAYING THAT THE COURT WILL ORDER:**

The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton            /s/ John A. Cooper
Robert L. Thornton            John A. Cooper
Supervising U.S. Probation Officer            U.S. Probation Officer
           Phone: 910-679-2046
           Executed On: March 14, 2019

### ORDER OF THE COURT

Considered and ordered the __14__ day of __March__, 2019, and ordered filed and made part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge